IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAWN WRINN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:16cv1011-MHT-GMB |
| | ) | [WO] |
| THE CITY OF DOTHAN, ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

During the court's telephonic conference on this date, Plaintiff moved orally for a Protective Order, arguing that it would be unduly burdensome for her to sit for deposition at the offices of Defendant's counsel in Birmingham, Alabama. *See* Fed. R. Civ. P. 26(c). That motion is GRANTED in part and DENIED in part. In support of her request, Plaintiff explained that, although she filed suit in the Southern Division of the Middle District of Alabama, she now resides in a suburb of Chattanooga, Tennessee. In addition, Plaintiff prefers not to travel out of town without her husband, and he was not available to accompany her on the scheduled date for her deposition. In response, Defendant's counsel agreed to accommodate Plaintiff's request to reschedule the deposition, and the parties agreed that Plaintiff will appear in person for her deposition at Defendant's counsel's offices on June 28, 2017 at 9:30 a.m. (CST).

Accordingly, Plaintiff's oral Motion for Protective Order is GRANTED to the extent Plaintiff seeks to reschedule her deposition, and DENIED in all other respects. Plaintiff is cautioned that her failure to appear at the designated time and place for her

deposition—unless other arrangements are made well in advance by agreement with Defendant's counsel—will be considered an intentional refusal to participate in the discovery process and may result in sanctions up to and including the dismissal of this action.

DONE on the 13th day of June, 2017.

/s/ Gray M. Borden
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE